O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCI R. ARECHIGA, | ) | ED Case No. CV 12-01017 DDP (SPx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| BANK OF AMERICA, N.A., formerly doing business as BEAZER MORTGAGE CORP; QUALITY LOAN SERVICE CORP., | ) | [Dkt. No. 9] |
| Defendants. | ) | |

    Presently before the court is Defendant Bank of America's Motion to Dismiss. Because Defendant has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

     The hearing on Defendant's motion was set for September 10, 2012.  Plaintiff's opposition was therefore due by August 20, 2012. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: September 4, 2012

DEAN D. PREGERSON
United States District Judge

2